**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

WAYNE MERRELL,                         :   No. 294 MAL 2017
                                       :
                    Petitioner         :
                                       :
                                       :   Petition for Allowance of Appeal from
                                       :   the Order of the Commonwealth Court
            v.                         :
                                       :
                                       :
                                       :
WORKERS' COMPENSATION APPEAL           :
BOARD (COMMONWEALTH OF                 :
PENNSYLVANIA DEPARTMENT OF             :
CORRECTIONS),                          :
                                       :
                    Respondents        :


## ORDER


**PER CURIAM**

    **AND NOW**, this 16th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.